NO. 03-13-00302-CR

MARIO GAMEZ,
APPELLANT,

V.

STATE OF TEXAS,
APPELLEE.

IN THE COURT OF CRIMINAL APPEALS FOR THE STATE OF TEXAS IN AUSTIN

FILED IN
COURT OF CRIMINAL APPEALS

SEP 17 2015

Abel Acosta, Clerk

## MOTION TO FILE SINGLE COPY

NOW COMES, MARIO GAMEZ, #1850754, APPELLANT IN THE ABOVE STYLED AND NUMBERED CAUSE, AND FILES THIS MOTION TO FILE A SINGLE COPY AND SHOWS THIS COURT GOOD CAUSE TO GRANT THIS MOTION AS FOLLOWS:

1). THE APPELLANT IS CURRENTLY INCARCERATED IN THE T.D.C.J.-C.I.D. CORRECTIONAL INSTITUTION AND CANNOT PROVIDE COPIES BECAUSE APPELLANT DOES NOT HAVE ACCESS TO A COPING MACHINE, AND;

2) THE APPELLANT'S COUNSEL WAS COURT APPOINTED AND APPELLANT CANNOT PROVIDE OR PAY FOR ANY COPIES TO THIS COURT.

WHEREFORE, PREMISES CONSIDERED, APPELLANT PRAYS THAT THIS COURT WILL GRANT THIS MOTION TO FILE A SINGLE COPY AND HAVE THE CLERK OF THE COURT TO MAKE COPIES TO GO TO THE REQUIRED PARTIES.

## INMATE DECLARATION

I, MARIO GAMEZ, #1850754, BEING INCARCERATED IN THE T.D.C.J.-C.I.D. H.H. COFFIELD UNIT IN ANDERSON COUNTY, TEXAS, DO DECLARE THAT THE FOR GOING IS TRUE AND CORRECT UNDER THE PENALTY OF PERJURY.

EXECUTED THIS 1ST DAY OF SEPTEMBER, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 08 2015

Abel Acosta, Clerk

RESPECTFULLY SUBMITTED,
MARIO GAMEZ #1850754
COFFIELD UNIT
2661 FM 2054
TENN. COLONY, TX. 75884
(PRO-SE)

C.C. FILE